# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>LEE RANDLE SUMMERS and<br>ELIZABETH SUMMERS | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 2:05 mj 75-M |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 8, 2005,__ in __Montgomery__ county, in the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

by force and violence and by intimidation, take, from the person and presence of another, property and money and any thing of value belonging to, and in the care, custody, control, management and possession of, any bank,

in violation of Title __18__ United States Code, Section(s) __2113(a)__

I further state that I am a(n) <u>Special Agent with the Federal Bureau of Investigation</u> and that this complaint is based on the following facts:
         Official Title

See attached Affidavit which is incorporated by reference herein

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__June 9, 2005__ at __Montgomery, Alabama__
Date               City and State

__VANZETTA P. MCPHERSON, U.S. MAGISTRATE JUDGE__  _____
Name & Title of Judicial Officer         Signature of Judicial Officer

## **AFFIDAVIT**

I, Thomas Paul Hetrick, hereby make the following statement under penalty of perjury. I am a Special Agent with the Federal Bureau of Investigation. I have been employed with the Federal Bureau of Investigation for approximately eight years. During my career as a Special Agent, I have been involved in the investigation of numerous bank robberies.

On June 8, 2005, at approximately 3:45 pm, a lone white male walked into the AmSouth Bank, 1465 Eastern Boulevard, Montgomery, Alabama. The white male was approximately 6'4" tall, wearing blue jeans and a blue shirt. The white male approached the teller counter and handed the victim teller a note that stated, "This is a robbery." In addition, the note threatened that the white male had a gun and that he would hurt the victim teller if needed. The note demanded money in large denominations. The victim teller complied with the request and provided U.S. currency in the amount of $1,991.00 from her teller drawer to the white male. The white male walked through a first set of doors to exit the bank.

After the white male walked through the first set of doors, the white male became trapped in between the two sets of doors that the bank employees have the ability to close and lock. When Montgomery Police Officers arrived, the white male threatened that he had a bomb in his backpack. Shortly thereafter, the white male complied with requests from the Montgomery Police Department and he was taken into custody.

The white male was identified as Lee Randle Summers, date of birth 02/22/1966, social security number 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, 6' 4", 185 pounds, FBI number 163567CA5. Mr. Summers was read the Miranda warnings and agreed to speak with the interviewing Special Agents, James Murray and Tom Hetrick. Mr. Summers provided the following information:

He is currently on federal probation for bank robbery. In 1995 he committed a bank robbery in Columbia, Missouri, and a bank robbery in Cincinnati, Ohio. He was arrested for these crimes in New Orleans and was sentenced to 87 months in federal prison. He was released from the federal prison in Manchester, Kentucky in 2001.

After being released from prison, he met his current wife, Elizabeth Summers, during drug rehabilitation classes. They were married in Las Vegas in November 2003. Elizabeth Summers is currently on probation with the State of Illinois for theft. Because of an incident involving a U.S. Postal money order in which Elizabeth Summers thought her probation may be revoked, Lee Summers and Elizabeth Summers decided to buy a car and leave Illinois approximately two weeks ago, with the possible intent of leaving the United States.

They left Illinois with approximately $800.00. They traveled to Minnesota and stayed with friends who knew about emigrating to Canada. They also traveled to New Orleans after they decided against entering Canada. On the night of June 6, 2005, they were in St. Louis at a Super 8 Motel. At this Super 8 Motel, Mr. Summers decided to print off the bank robbery demand note that he carried with him in a backpack. This is the bank robbery demand note that he used at the bank robbery in Montgomery, Alabama. He printed the demand note off at the hotel because he knew that they were getting low on funds. The bank robbery demand note was on a computer disk, he kept in his backpack.

On June 7, 2005, the couple spent the night in their car at the Flying J Truck Stop near Birmingham, Alabama. In addition, in the evening of June 7th, they discussed robbing a bank the next day because they were about out of money.

After arriving in Montgomery on June 8, 2005, with about ten dollars and half a tank of gas, they began to drive around looking for banks to rob. He chose the AmSouth branch on the

Eastern Boulevard because he believed it would provide an easier escape in their car. His wife's role in the bank robbery was solely as the driver of the vehicle. She was supposed to wait in the vehicle behind the Ramada Inn near the AmSouth branch and he would walk to that location after the bank robbery.

After he became trapped in the doors at the AmSouth branch, he told the police officers that first arrived on the scene that he had a bomb because he was suicidal and he thought the officers might shoot him. After making the statement about the bomb, he began thinking about his wife, who is bi-polar and what is best for her, and he decided to comply with the officer's instructions.

On June 8, 2005, Elizabeth Summers was provided the Miranda warnings by Task Force Agent Les Brown, and she agreed to speak with the interviewing agent. Elizabeth Summers stated that she and her husband left Illinois on May 19, 2005. The two traveled to Indianapolis where Lee Summers somehow came up with $2000. She stated that she is unaware of the source of this $2000. The two also traveled to New Orleans and St. Louis. Again in St. Louis, Lee Summers came up with $1000 in some unexplained way. On the night of June 7, 2005, she stated that her husband wanted to rob a motel but she talked him out of it. In the morning of June 8, 2005, Lee Summers stated that he was going to rob a bank and again she tried to talk him out of it. At that time, Lee Summers put a lighter on her leg causing a burn and told her that they were going to go through with the bank robbery. She stated that Lee Summers has abused her in the past. They drove around Montgomery and looked for a bank to rob.

After Lee Summers decided to rob the AmSouth bank in Montgomery, she was supposed to wait for her husband behind the Ramada Inn. She heard sirens after her husband got out of the car near the bank. At that time, she decided to leave that location and moved her car over to

the Burger King on Carmichael Road, where she was apprehended by police officers.

AmSouth is a financial institution insured by the Federal Deposit Insurance Corporation. I, believe, based upon the foregoing, there exists probable cause to believe that Lee Randle Summers and Elizabeth Summers have committed a violation of Title 18, United States Code, Section 2113(a).

*Thomas Paul Hetrick*
Thomas Paul Hetrick
FBI

Sworn to and subscribed before me this 9th day of June, 2005.

*Vanzetta Penn McPherson*
United States Magistrate Judge