**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**
✓ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

DATE: 6/9/05

DIGITAL Recording: 2:08 - 2:14

PRESIDING MAG. JUDGE: Vanzetta Penn McPherson    DEPUTY CLERK: W. Robinson
CASE NO. 2:05mj75-M                               DEFENDANT NAME: ELIZABETH SUMMERS
AUSA: ANDREW SCHIFF                               DEFT. ATTY: Karl S. Nastrom
                                                  Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO: Tamera Martin                               USPO: _____

Defendant (  ) does; ( ✓ ) does NOT need an interpreter
Interpreter present  ( ✓ ) NO; (  ) YES    Name:

---

☑  Date of Arrest or ☐ Arrest Rule 40    6/9/05
☑  Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
☐  Deft First Appearance with Counsel
☐  Deft. First Appearance without Counsel
☐  Requests appointed Counsel
☑  Financial Affidavit executed ☑ ORAL MOTION FOR APPT OF COUNSEL
☑  ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed
☐  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐  Deft. Advises he will retain counsel. Has retained _____
☑  ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☑ Government's WRITTEN Motion for Detention Hrg. filed
☐  Detention Hearing ☐ held; ☑ set for   6/14/05 @ 2:00 p.m.
☐  ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered
☐  ORDER OF DETENTION HEARING PENDING TRIAL to be entered
☐  Release order entered. Deft advised of conditions of release
☐  ☐ BOND EXECUTED (M/D AL charges) $. Deft released
    ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered
☐  Bond not executed. Defendant to remain in Marshal's custody
☐  Deft. ORDERED REMOVED to originating district
☐  Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing
☐  Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury
☐  ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐ Set for
       DISCOVERY DISCLOSURE DATE:
☐  NOTICE to retained Criminal Defense Attorney handed to counsel
☐  WAIVER of Speedy Trial. CRIMINAL TERM:
   PRELIMINARY EXAMINATION HEARING set for 6/14/05 at 2:00 p.m.