IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05mj75-M |
| | ) | |
| ELIZABETH SUMMERS | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

This case is eligible for a detention order because this case involves:

__X__  Crime of violence (18 U.S.C. 3156)

_____  Maximum sentence of life imprisonment or death

_____  10 + year drug offense

_____  Felony, with two prior convictions in the above categories

__X__  Serious risk the defendant will flee

_____  Serious risk of obstruction of justice

2.   <u>Reason For Detention</u>

The Court should detain defendant because there are no conditions of release which will reasonably assure:

__X___   Defendant's appearance as required

__X___   Safety of any other person and the community

3.   <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e). The presumption applies because:

__X___   Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

_____   Previous conviction for "eligible" offense committed while on pretrial bond

_____   A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.   <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____   At the initial appearance

___X__   After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this 9th day of June, 2005.

LEURA GARRETT CANARY
United States Attorney

ANDREW O. SCHIFF
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
Phone: 334-223-7280
Fax: 334-223-7135
E-mail: andrew.schiff@usdoj.gov
