RECEIVED
2005 JUN 27 A 10: 06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:05CR143-F |
| ) | [18 U.S.C. 371] |
| ) | |
| ELIZABETH SUMMERS ) | INFORMATION |

The United States Attorney for the Middle District of Alabama charges:

## COUNT 1

1. On or about June 8, 2005, in Montgomery County, within the Middle District of Alabama, the defendant,

ELIZABETH SUMMERS,

conspired with Lee Summers to, by force, violence, and intimidation, take and attempt to take from the person and presence of another money belonging to and in the care, custody, control, management, and possession of a bank, contrary to Title 18, United States Code, Section 2113(a).

2. On or about June 8, 2005, to effect the object of the conspiracy, the defendant ELIZABETH SUMMERS and Lee Summers committed the following acts in the Middle District of Alabama:

   a. The defendant ELIZABETH SUMMERS drove Lee Summers to AmSouth Bank, the deposits of which are insured by the Federal Deposit Insurance Corporation, 1465 Eastern Boulevard, Montgomery, Alabama.

   b. Lee Summers entered the bank, handed the teller a note demanding money and stating that he had a gun. Lee Summers received $1991.00, and attempted to flee the bank.

All in violation of Title 18, United States Code, Section 371.

*[signature]*
LEURA GARRETT CANARY
United States Attorney

*[signature]*
Andrew O. Schiff
Assistant United States Attorney