IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 2:05cr143-F |
| ) | |
| ELIZABETH SUMMERS  ) | |

## ORDER

The defendant, ELIZABETH SUMMERS, has indicated to the court that she wishes to enter a consent plea. Therefore, it is

ORDERED that the defendant, ELIZABETH SUMMERS, appear with counsel before the undersigned Magistrate Judge on 18 July 2005 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a consent plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 29th day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE