| COURTROOM DEPUTY MINUTES | DATE: 7/18/05 | DIGITAL RECORDING: 9:00 - 9:18 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: Jimmy Dickens | |

❑ ARRAIGNMENT    x CHANGE OF PLEA    ❑ CONSENT PLEA

❑ RULE 44(c) HEARING    ❑ SENTENCING

---

**PRESIDING MAG. JUDGE:** *VANZETTA PENN MCPHERSON*    **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:05cr143-F*    **DEFENDANT NAME:** *Elizabeth Summers*

**AUSA:** *Andrew O. Schiff*    **DEFENDANT ATTY:** *Christine A. Freeman*

Type Counsel:   ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** *R. Dwayne Spurlock*

Defendant _____ does __x__ does NOT need and interpreter.

Interpreter present? __x__ NO _____ YES    Name: _____

---

❑    This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

❑    WAIVER OF INDICTMENT executed and filed.

❑    MISDEMEANOR INFORMATION filed.

❑    Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❑ Not Guilty                     ❑ Nol Contendere

❑ Not Guilty by reason of insanity

x Guilty as to:

    x Count(s) ___1___ of the Felony Information.

    ❑ Count(s) _____    ❑ dismissed on oral motion of USA;

                                 ❑ to be dismissed at sentencing

❑    No Plea Agreement entered.

☑    Written plea agreement filed.  ❑ OPEN/ORAL Plea Agreement.  ❑ ORDERED SEALED.

❑    _____ Days to file pretrial motions.   ❑ _____ Trial date or term.

❑    **ORDER:** Defendant Continued under ❑ same bond ; ❑ Released on Bond & Conditions of Release

    ❑ summons; for:

    ❑ Trial on _____ ; ❑ Sentencing on _____ ❑ _____ Bond ❑ to be set by Separate Order

☑    **ORDER:** Defendant remanded to custody of U.S. Marshal for:

    ❑ Posting a $ _____ Bond;

    ❑ Trial on _____ ; or x Sentencing on **13 Oct. 05** ❑ set by separate Order.

Rule 44 Hearing:   ❑ Waiver of Conflict of Interest Form executed.

                     ❑ Detention requests time to secure new counsel.