AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.

ELIZABETH SUMMERS

WAIVER OF INDICTMENT

NUMBER: 2:05cr143-F

I, _____Elizabeth Summers_____, the above named defendant, who is accused of

violations of Title 18, United States Code, Section 371,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____07-18-2005_____ prosecution by indictment and consent that the
                                            *Date*
proceeding may be by information rather than by indictment.

*[signature]*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
       Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.