IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr143-F |
| | ) | |
| ELIZABETH SUMMERS | ) | |

## MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1. Sentencing for Elizabeth Summers is presently scheduled for October 13, 2005, before United States District Judge Mark E. Fuller.

2. The Assistant United States Attorney assigned to this matter, Andrew O. Schiff, will be observing the Jewish holiday of Yom Kippur on the date currently scheduled for sentencing.

3. Counsel for the defendant has been advised of this request and does not object to it.

4. Because the defendant is in custody, the Government would request that the continuance be as brief as the Court's calendar permits. Assistant United States Attorney Schiff would be available any time in the three weeks after October 13, 2005, except for October 18th (all day) and October 24th (sentencing before Judge Thompson at 10:00 a.m.).

Based upon the above stated reasons, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 21st day of September, 2005.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/Andrew O. Schiff
        ANDREW O. SCHIFF
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr143-F |
| | ) | |
| ELIZABETH SUMMERS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christine Freeman, Esq.

    Respectfully submitted,

    /s/Andrew O. Schiff
    ANDREW O. SCHIFF
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: andrew.schiff@usdoj.gov