IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:05-cr-143-F |
| ) | |
| ELIZABETH SUMMERS ) | |

# **O R D E R**

Upon consideration of the government's Motion to Continue Sentencing (Doc. #26) filed on September 21, 2005, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set for October 13, 2005 is continued to October 21, 2005 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 27th day of September, 2005.

                                          /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE