**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:05cr143-F** |
| | ) | |
| **ELIZABETH SUMMERS** | ) | |

**GOVERNMENT'S MOTION TO AWARD  3 POINTS TO DEFENDANT**
**FOR ACCEPTANCE OF RESPONSIBILITY**
**PURSUANT TO § 3E1.1, UNITED STATES SENTENCING GUIDELINES**

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1.  The Defendant timely notified the United States she intended to enter a plea of guilty.  An Information was filed against the Defendant on June 27, 2005.

2.  The Defendant pled guilty to the Information on July 18, 2005.  Pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility, such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels.

Respectfully submitted this the 7th day of October, 2005.

> LEURA GARRETT CANARY
> UNITED STATES ATTORNEY
>
> /s/Andrew O. Schiff
> ANDREW O. SCHIFF
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: andrew.schiff@usdoj.gov
> ASB PA 43641

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )  **CR. NO. 2:05cr143-F** |
| | ) |
| **ELIZABETH SUMMERS** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2005, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Christine Freeman, Esq.

Respectfully submitted,

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov
ASB-PA 43641