IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:05cr143-F |
| ) | |
| ELIZABETH SUMMERS   ) | |

## UNITED STATES MOTION FOR
## DOWNWARD DEPARTURE FOR SUBSTANTIAL ASSISTANCE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to Section 5K1.1 of the United States Sentencing Guidelines, respectfully requests this Honorable Court to depart downwardly three (3) levels in the sentence that would otherwise be imposed on Defendant Elizabeth Summers ("Elizabeth"), and as reasons therefore, submits the following:

1. The United States herein states that Elizabeth has provided substantial assistance in the investigation of another person involved in a federal crime within the Middle District of Alabama. On June 8, 2005, Elizabeth's husband, Lee Summers ("Lee") robbed the AmSouth Bank on Eastern Boulevard in Montgomery. Elizabeth drove Lee to the bank, and the original plan was for Elizabeth to wait and drive Lee away after the robbery. Lee robbed the bank but was apprehended before he could leave the building. In the meantime, Elizabeth had driven away from the bank and parked in the parking lot of a nearby Burger King, where she was arrested.

2. After her arrest, Elizabeth immediately admitted her role in the robbery and implicated Lee. After her initial appearance, Elizabeth's counsel advised that Elizabeth wished to cooperate and was willing to waive indictment and plead guilty to an information. Subsequently, Lee also indicated that he would be willing to plead guilty to an information. He did so on July 18,

2005. *See United States v. Lee Randle Summers*, Cr. No. 2:05cr142-T. On September 29, 2005, Judge Thompson sentenced Lee, a career offender, to 188 months imprisonment. The Government believes that Lee's knowledge of Elizabeth's likely testimony was an important factor in Lee's agreement to plead guilty.

3. The United States submits that Elizabeth has, from the time of her arrest, been truthful with the Government.

4. As part of the plea agreement, Elizabeth has waived her right to appeal and/or collaterally attack the sentence imposed in this case.

Wherefore, premises considered, the United States moves this Honorable Court for a three-level downward departure.

Respectfully submitted this the 7th day of October, 2005.

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Andrew O. Schiff
    ANDREW O. SCHIFF
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7135 fax
    andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr143-F |
| | ) | |
| ELIZABETH SUMMERS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman, Esq.

                                      Respectfully submitted,

                                      LEURA GARRETT CANARY
                                      UNITED STATES ATTORNEY

                                      /s/ Andrew O. Schiff
                                      ANDREW O. SCHIFF
                                      Assistant United States Attorney
                                      Post Office Box 197
                                      Montgomery, Alabama 36101-0197
                                      334.223.7280
                                      334.223.7135 fax
                                      andrew.schiff@usdoj.gov