IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-cr-143-F |
| | ) | |
| ELIZABETH SUMMERS | ) | |

## NOTICE OF FILING OF EXHIBITS

COMES NOW the Defendant, **ELIZABETH SUMMERS**, by and through undersigned

counsel, Christine A. Freeman, Esquire, and notifies the Court of the filing of the attached Exhibits.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 1960
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

1

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-cr-143-F |
| | ) | |
| ELIZABETH SUMMERS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew O. Schiff, Assistant United States Attorney, One Court Square, Suite 201, Montgomery,

Alabama 36104.  I also provided a copy by facsimile to Jackie Caple, U.S. Probation Officer.

<u>s/Christine A. Freeman</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 1960
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

Office of Disability and
International Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-0001
Date: May 26, 1997
Claim Number: 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HA

ELIZABETH A SHROVE
406 N COMMERCE
GILMAN IL 60938-1245

We have chosen CAROL SHROVE to be your representative payee. Your payee will receive your checks each month and will use this money for your needs.

**Information About Your Checks**

We are sending your regular monthly check of $427.00 to CAROL SHROVE around June 3, 1997.

**If You Have Any Questions**

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-815-937-3245. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

DISTRICT OFFICE
300 N INDIANA AVE
KANKAKEE, IL 60901

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

W. Burnell Hurt
Director

C

Social Security Administration
**Supplemental Security Income**
Notice of Award

Date: May 26, 1997
Claim Number: 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 DI

516
ELIZABETH A SHROVE
406 N COMMERCE ST
GILMAN IL 60938-1245
հիլիդիայիայիքիրիդիալիդիայիայիդիդիալիայիայի

* Application Filed *
February 19, 1997

* Type of Payment *
Individual--Disabled

This is to notify you that you are eligible to receive Supplemental Security Income
payments under the provisions of Title XVI of the Social Security Act. The rest of
this letter will tell you more about our decision.

**How Much We'll Pay**

| *Beginning* | *Through* | *Monthly Amount Payable* |
|---|---|---|
| February 19, 1997 | February 28, 1997 | $.00. |
| March 01, 1997 | April 30, 1997 | $117.66. |
| May 01, 1997 | Continuing | $.00. |

**Our Decision About How We'll Pay You**

We have determined that your Supplemental Security Income payments will be paid
to:

CAROL SHROVE FOR
ELIZABETH A SHROVE
406 N COMMERCE
GILMAN IL

who is interested in or concerned with your well-being . This representative payee
has agreed to receive and manage these payments for your use and benefit.

SSA-L8025