# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING        AT MONTGOMERY, AL

DATE COMMENCED:   10/21/05         AT:   9:40 a.m.
DATE COMPLETED:   10/21/05         AT:   10:00 a.m.

UNITED STATES OF AMERICA     §
                             §
vs.                          §   CR. NO. 2:05CR143-F
                             §
ELIZABETH SUMMERS            §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Andrew O. Schiff | | Christine Freeman |

### COURT OFFICIALS PRESENT:

| | |
|---|---|
| Jimmy Dickens, Court Reporter | Jacquelyn P. Caple, USPO |
| Josh Clayton, Law Clerk | Dwayne Spurlock, USPO |
| Kelli Gregg, Courtroom Clerk | |

### COURTROOM PROCEEDINGS:

( X ) **Sentencing**

9:40 a.m. -   Court convenes.
Defense counsel states the terms of the plea agreement to the Court.
The Court will follow the terms of the plea agreement and accept the plea agreement.
The Court will GRANT Government's Motion to Award 3 Points for Acceptance of Responsibility, (Doc. #28).
Government states the reasons for filing their Motion for Downward Departure for Substantial Assistance (Doc. #29).
The Court will GRANT Government's Motion for Downward Departure (Doc. #29).
Defense counsel asks the Court to grant their Motion for Downward Departure (Doc. #30).
Government states their position regarding defendant's motion.
The Court will DENY defense counsel's motion (Doc. #30).
The Court sentences defendant and advises her of her right to an appeal.

10:00 a.m. -   Court is in recess.