DEFENDANT: **ELIZABETH SUMMERS**
CASE NUMBER: **2:05CR143-F**

RECEIVED
2006 MAR 27 P 1:05
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Thirty three (33) months.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility with an Intensive Residential Substance Abuse Treatment and Mental Health Treatment program.**

**The Court further recommends that defendant be designated to a facility in Springfield, Missouri.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

RETURNED AND FILED
MAR 27 2006
CLERK
U.S. DISTRICT [COURT]
MIDDLE DIST[RICT]

I have executed this judgment as follows:

Defendant delivered on  3/22/06  to  BOP

at  FCI Danbury, CT  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL