PROB 12B
(7/93)

# United States District Court

### for

### Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Elizabeth Summers                    Case Number: 2:05cr143-MEF

Name of Sentencing Judicial Officer: The Honorable Mark E. Fuller, Chief U.S. District Judge

Date of Original Sentence: October 21, 2005

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 33 months custody followed by 3 years supervised release

Type of Supervision: In Custody                    Date Supervision Commenced: In Custody

## PETITIONING THE COURT

[ ]    To extend the term of supervision for __ years, for a total term of __ years.

[x ]    To modify the conditions of supervision as follows:

> **You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation officer, participate in a program for substance abuse treatment, including not more than six tests per month to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the probation office.**

> **You shall serve up to 180 days at a Community Confinement Center, namely Prairie Center, or any other facility designated by the Bureau of Prisons. You shall comply with all rules and regulations of the facility and follow any instructions given by the staff at the facility. You shall report to the facility as directed by the United States Probation Officer.**

> **You shall serve up to 180 days in home confinement during your term of supervision. You shall sign the rules of home confinement/electronic monitoring and comply with the conditions of home confinement. During this time, you will remain at your residence, except for employment and other activities approved in advance by your probation officer. You shall wear an electronic monitoring device and you shall pay the cost of this program as directed by your probation officer.**

PROB 12B
(7/93)

## CAUSE

On January 30, 2007, correspondence was received from the Federal Bureau of Prisons (BOP) regarding the release plan on Ms. Summers. The U. S. Probation Office in Urbana, Illinois (Central District of Illinois) advised the BOP that a pre-release investigation had been conducted and that Ms. Summers had listed her mother's residence as the proposed release address. The investigation by the probation officer revealed that Ms. Summers' family indicated a desire to assist her, however, there was some reluctance to allow her to live at the residence due to a lot of turmoil the family has endured over the past several years. Moreover, it was determined that Ms. Summers has no ties to Alabama and that being close to her family in Illinois can benefit her during her period of supervised release. The U. S. Probation Office in the Central District of Illinois will accept the offender for supervision provided that she agree to modify her conditions of supervised release as reflected above. As the investigating probation officer noted, the proposed conditions will allow Ms. Summers to obtain stability in her community without upsetting her family's dynamic. Ms. Summers has agreed to the proposed conditions and has executed the attached Probation Form 49 waiving her right to a hearing and assistance of counsel. According to the BOP, she has a projected release date of October 30, 2007.

Respectfully submitted,

by      /s/ David Ron Thweatt

David Ron Thweatt
Supervisory U.S. Probation Officer
Date: February 6, 2007

THE COURT ORDERS:

[ ]      No Action
[ ]      The Extension of Supervision as Noted Above
[ ]      The Modification of Conditions as Noted Above
[ ]      Other

_____
Signature of Judicial Officer

_____
Date