## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> **You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation officer, participate in a program for substance abuse treatment, including not more than six tests per month to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the probation office.**

> **You shall serve up to 180 days at a Community Confinement Center, namely Prairie Center, or any other facility designated by the Bureau of Prisons. You shall comply with all rules and regulations of the facility and follow any instructions given by the staff at the facility. You shall report to the facility as directed by the United States Probation Officer.**

> **You shall serve up to 180 days in home confinement during your term of supervision. You shall sign the rules of home confinement/electronic monitoring and comply with the conditions of home confinement. During this time, you will remain at your residence, except for employment and other activities approved in advance by your probation officer. You shall wear an electronic monitoring device and you shall pay the cost of this program as directed by your probation officer.**

Witness:_____    Signed:_____
                                            Probationer or Supervised Releasee


_____
Date