| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:05cr143-MEF |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 07-20102 |

**FILED NOV -8 2007 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Middle District of Alabama | DIVISION Northern |
|---|---|---|
| Elizabeth Summers (in custody of the Bureau of Prisons) | NAME OF SENTENCING JUDGE Honorable Mark E. Fuller | |
| | DATES OF PROBATION/ SUPERVISED RELEASE Supervised Release | FROM 10/30/07   TO 10/29/2010 |

**OFFENSE**
Conspiracy to Defraud the United States (Count 1); 18 USC 371

**FILED NOV -5 2007 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS URBANA, IL**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Alabama__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Central District of Illinois__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

__27 March 2007__   __[signature]__
Date                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Central__ DISTRICT OF __Illinois__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

__11/5/07__   __Michael P. McCuskey__
Effective Date          United States District Judge